# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

|  |  |
|---|---|
| **In re:** | **Case Number** 09−38005−KRH<br>**Chapter** 11 |

River Water, Incorporated
aka Currant Restaurant
4820 Old Main St., Unit 409
Richmond, VA 23231

**SSN:** NA   **EIN:** 80−0459536

### NOTICE OF CHAPTER 11 STATUS CONFERENCE

| | |
|---|---|
| **TO:** *Debtor(s)* | River Water, Incorporated, 4820 Old Main St., Unit 409<br>Richmond, VA 23231 |
| *Attorney for Debtor(s)* | Douglas Scott, Douglas A. Scott, PLC<br>1805 Monument Avenue<br>Suite 311<br>Richmond, VA 23220 |
| *United States Trustee* | 701 East Broad Street, Suite 4300, Richmond, VA, 23219 |

Notice is hereby given that a status conference will be held at:

**Date:** February 10, 2010    **Time:** 10:30 AM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

Dated:   January 26, 2010                                 For the Court,

[ntcstatusconf.jsp 4/2008]                                William C. Redden, Clerk
                                                          United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: luckenbau          Page 1 of 1          Date Rcvd: Jan 26, 2010
Case: 09-38005                Form ID: statcnf         Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 28, 2010.
```
db           +River Water, Incorporated,    4820 Old Main St., Unit 409,    Richmond, VA 23231-3056
smg          +UST smg Richmond,    Office of the U. S. Trustee,    701 East Broad St., Suite 4304,
               Richmond, VA 23219-1849
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**          **Signature:** _/s/ Joseph Speetjens_